UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JEROME WAGNER, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC,<br><br>          Defendant. | Case No.: 22-CV-00936 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jerome Wagner hereby dismisses without prejudice all claims against Defendant Harley-Davidson Motor Company Group, LLC.

Dated: October 12, 2022

**BURSOR & FISHER, P.A.**

By:   */s/ Joseph I. Marchese*
        Joseph I. Marchese

Joseph I. Marchese
888 Seventh Ave, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jmarchese@bursor.com

*Attorney for Plaintiff*